UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 14, 2023
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § v. § § JEAN LEWANDA WILLIAMS § § § § § § § § | CRIMINAL NO: **4:23-cr-00168** |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a <u>CRIMINAL INFORMATION</u> has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on <u>04/25/2023</u> at <u>02:00 pm</u>. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

JEAN LEWANDA WILLIAMS

☑ Appearance Bond in the Amount of
$ Personal recognizance.

SIGNED at Houston, Texas, on <u>April 14, 2023</u>.

*/s/ Yvonne Y. Ho*
UNITED STATES MAGISTRATE JUDGE